Paul **RESUAM**, Appellant, v. **UNITED STATES** of America, Appellee.

No. 7114.

Circuit Court of Appeals, Ninth Circuit.

Dec. 14, 1933.

E. H. Kohlhase, of Kelso, Wash., for appellant.

Anthony Savage, U. S. Atty., of Seattle, Wash., and Joseph A. Mallery, Asst. U. S. Atty., of Tacoma, Wash.

Before WILBUR, GARRECHT, and MACK, Circuit Judges.

WILBUR, Circuit Judge.

On authority of decision in James Green v. United States (C. C. A.) 67 F.(2d) 846, to-day filed, judgment in this case is reversed, with instructions to dismiss.